IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-395-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DEJANIQUE SHAW, | ) | |
| | ) | |
| Defendant. | ) | |

On April 8, 2021, Dejanique Shaw ("defendant" or "Shaw") moved to modify pre-trial release conditions [D.E. 587]. Before the court will consider granting defendant's motion, defense counsel must explain specifically how the electronic monitoring interferes with defendant's work schedule. An employer prepares a work schedule. It is unclear how defendant's electronic monitoring hinders her employer's ability to prepare a work schedule.

SO ORDERED. This 9 day of April 2021.

JAMES C. DEVER III
United States District Judge