IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-395-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| DEJANIQUE SHAW, | ) | |
| Defendant. | ) | |

The court has considered defendant's amended request to be removed from electronic monitoring [D.E. 598], and the government's response in opposition [D.E. 589]. Defendant has failed to show good cause. The amended motion [D.E. 598] is DENIED.

SO ORDERED. This 20 day of April 2021.

JAMES C. DEVER III
United States District Judge