UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.:  5:19-CR-395-D-12

UNITED STATES OF AMERICA            )
                                    )
                                    )
                                    )        ORDER
                                    )
DEJANIQUE SHAW,                     )
                    Defendant       )


Upon motion of the court appointed counsel, Myron T. Hill, Jr., for the above referenced

defendant, it is hereby ORDERED that Docket Number 1053 be sealed until such time as requested

to be unsealed by Defense Counsel.


This the ___2 3___ day of May, 2022.



                                        _____
                                        The Honorable James C. Dever III
                                        United States District Court Judge