UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:21-CR-395-D-12

| | |
|---|---|
| UNITED STATES OF AMERICA )
DEJANIQUE SHAW, ) ORDER
           Defendant ) | |

UNITED STATES OF AMERICA )
    )
    )   ORDER
    )
DEJANIQUE SHAW, )
       Defendant )

Upon motion of the defendant, with no objection from the United States Government, the arraignment in this matter, currently set for June 6, 2022, in Raleigh, North Carolina is hereby continued to _September 2027_.

It is further ordered that any delay that results from this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161 (h) (8) (A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.

This the _23_ day of May, 2022.

                                  _____
                                  The Honorable James C. Dever III
                                  United States District Court Judge