UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:19-CR-395-D-12

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>)<br>) ORDER<br>) |
| DEJANIQUE SHAW,<br>                Defendant | )<br>)<br>) |

Upon motion of the court appointed counsel, Myron T. Hill, Jr., for the above referenced defendant, it is hereby ORDERED that Docket Number 1303 be sealed until such time as requested to be unsealed by Defense Counsel.

This the **20** day of December, 2022.

                                                    The Honorable James C. Dever III
                                                    United States District Court Judge